TAMPA STREET RAILWAY & POWER COMPANY, APPELLANT, VS. TAMPA SUBURBAN RAILROAD COMPANY, APPELLEE.

Appeal from Circuit Court Hillsborough county.

*Sparkman & Sparkman* and *Macfarlane & Pettingill*, for Appellant.

*P. O. Knight*, for Appellee.

The bill in this case was filed by the appellant against the appellee. There was decree for the de-

fendant and the complainant appeals. The decree is affirmed.

Decision Per Curiam.